**Exhibit A to the Complaint**

**Location:** Palm City, FL  **IP Address:** 76.109.21.202
**Total Works Infringed:** 25  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 0A2CE6DE75A702C7D61493424A347C71051EF3CC<br>File Hash:<br>C66DC956E05F8792CF4CED6E84EC1FBD03EB72221E14156641368C1E37DBEE19 | 12/26/2023<br>18:23:55 | Blacked | 12/23/2023 | 01/16/2024 | PA0002449251 |
| 2 | Info Hash: 26380A944281AC365F9B2673FC8DBB7A8D552035<br>File Hash:<br>E6D0A5D8FE36D49614E650C220D2CA8513775875CDCA7672DF594C7A6FA7D641 | 12/25/2023<br>03:10:10 | Vixen | 12/08/2023 | 01/16/2024 | PA0002449510 |
| 3 | Info Hash: 795401C50FDDADEABBF656934EF4862EDAF4D812<br>File Hash:<br>54D9902D31E13E7895DED6398A97BF3B7210AE9A96A784AE73230AECE8305429 | 05/02/2023<br>23:03:58 | Vixen | 11/12/2021 | 12/09/2021 | PA0002325810 |
| 4 | Info Hash: 45E6D74963C18BF60B8A529AA23A409FE53E37B4<br>File Hash:<br>BE684BC9C4A7C8B78AAD19E736ECB287799E535F2EC01A1E8DC53EAFF2B79681 | 05/02/2023<br>17:49:21 | Blacked | 03/11/2023 | 04/09/2023 | PA0002405763 |
| 5 | Info Hash: 72555676245CA53C457541455A41821330714A7A<br>File Hash:<br>4FF404477E05C99BDAB75A2082DAD57AF4A52BF2271449F1448891B4CD1A1BC9 | 05/01/2023<br>11:38:34 | Blacked | 03/11/2019 | 03/31/2019 | PA0002163979 |
| 6 | Info Hash: D4BFBEC367B732FD71C1F8FA881CA886D398AE82<br>File Hash:<br>EAC0D5384703C3B5BFC4C3D9F8F9A4592CAA33A1160B36BBC6BF9FB0A7CDAFEB | 05/01/2023<br>09:04:01 | Blacked Raw | 08/08/2022 | 08/30/2022 | PA0002367749 |
| 7 | Info Hash: 03FD2DBC466908912E5CC1E47DBB9DCD9F7A4FCC<br>File Hash:<br>D01EFA1A375380FC042EA0ADB1EB4C50AF9E39BB990A85FB68EB9D63A44D4E94 | 02/26/2023<br>17:17:51 | Slayed | 09/06/2022 | 09/22/2022 | PA0002378458 |
| 8 | Info Hash: F2CFA314102B2C3C937927F447795205937123DF<br>File Hash:<br>AF876E0A1C2943BF8E9695896DC5BD155E5562C2BA241C341C8E66CFCC212D79 | 09/10/2022<br>08:45:02 | Blacked | 09/03/2022 | 11/01/2022 | PA0002378069 |
| 9 | Info Hash: CBCD2792157D511F104632A294C1F384488E7898<br>File Hash:<br>099497CD425F9C511FF9463C074FD98858992B7D69E2D6A6589E3771E6081A4E | 05/28/2022<br>22:51:46 | Blacked | 03/12/2022 | 03/29/2022 | PA0002342846 |
| 10 | Info Hash: CF928504FB6DFD9993E0E54672AD4709210235FD<br>File Hash:<br>B6D16A6B7C7DB2526D31178EBB888511AEE231B475E9F04BEE78F7698374B6ED | 05/28/2022<br>21:14:20 | Blacked Raw | 03/14/2022 | 03/29/2022 | PA0002342865 |
| 11 | Info Hash: 585876466B1F2F4AA1112EED355F0C88F5CB885D<br>File Hash:<br>BF977542497803C4E4A2CB9360802C087465741BEEACF13BEC45CF047C90E546 | 05/28/2022<br>21:06:06 | Blacked Raw | 03/21/2022 | 03/29/2022 | PA0002342707 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 4FFEF2F34E795900B524ADB3A5D89A4870CCAE8C<br>File Hash:<br>1254A343029B99DBBD44743FFDE118A8C3B0EEA55980D1E9B75886A0AC5B2653 | 05/28/2022<br>20:31:38 | Blacked Raw | 04/11/2022 | 04/23/2022 | PA0002346408 |
| 13 | Info Hash: 8992FC993BD1C3B2FDFC21566D3F15BA2377B8CC<br>File Hash:<br>4FB7470DFA78110527584C84021E97335D3B81BB19CF2F79DE53CA3095BF89DD | 05/28/2022<br>20:15:25 | Blacked | 03/19/2022 | 03/29/2022 | PA0002342841 |
| 14 | Info Hash: F690B9EDFB90E3366ED63AEF0A79CC305D493B07<br>File Hash:<br>D7BB4A35AADE10E6F0CD886DF7E13BF53E14982CE91A9CCEB21A21C9FAB34672 | 05/28/2022<br>19:59:03 | Blacked Raw | 05/16/2022 | 05/20/2022 | PA0002350378 |
| 15 | Info Hash: C6D89A14439B65845B858939EABB7075820E2B1D<br>File Hash:<br>34B237A6542B8BC5C3F37D109D74B20FCA2D704596C79193FF3BB53A62EB7F4B | 05/28/2022<br>19:51:19 | Blacked | 04/16/2022 | 04/23/2022 | PA0002346424 |
| 16 | Info Hash: A2A1C767FAA153F3493B7EE8B0CC4B83E0CB3433<br>File Hash:<br>A4A5846D3AE8034DCDAD8068643141752DCADEF8D46BE13880B05038C53794F6 | 05/28/2022<br>19:35:16 | Blacked | 04/09/2022 | 04/23/2022 | PA0002346430 |
| 17 | Info Hash: 8054B078D9FB01258F6AA4A747E84033E16E12D8<br>File Hash:<br>D3C006BD33A441FF2B7BA5DB45F08D0C7D8BCF8855353FB4D999A190DE49D607 | 05/28/2022<br>19:18:19 | Blacked Raw | 03/28/2022 | 04/23/2022 | PA0002346413 |
| 18 | Info Hash: 68303B4CD1A341186F1F9D212CAF7013E35A4E91<br>File Hash:<br>C10AF75AF09C7EB74CEDACDE96F74DF39BB9606E681FB30046D6E53E9BB46E56 | 05/28/2022<br>17:48:13 | Blacked | 05/14/2022 | 05/20/2022 | PA0002350380 |
| 19 | Info Hash: 1886519162C3C84528F05DF3EC3E4E21F17009AF<br>File Hash:<br>B1F2DBBFBC3F581592B4629731C676B1FB3EA9B7B11997BF0F6EDD6B202EAB84 | 05/28/2022<br>16:23:45 | Blacked Raw | 05/02/2022 | 05/20/2022 | PA0002350372 |
| 20 | Info Hash: DEE51D0DCBE476C087C2FBFC6FD3265A0630E4A8<br>File Hash:<br>47335489F0CF63B02ADB32671381D366A9A5EA8A8FBC105A05423CC419DCEFF6 | 05/28/2022<br>16:23:17 | Blacked | 04/30/2022 | 05/20/2022 | PA0002350385 |
| 21 | Info Hash: F9D323E92C1B52C4B9C7B3BE636999A90C5C456C<br>File Hash:<br>EC42FA5058FEB8ACF76554CA12F5AFD7D92B46D28BAEE7B91C18824B6A9BA05B | 05/28/2022<br>16:09:18 | Blacked | 05/21/2022 | 06/27/2022 | PA0002354986 |
| 22 | Info Hash: 867C4E364A14CE63473618B051D1A232319E5DF9<br>File Hash:<br>A9930059E00C1DDEB446445062585A4B2A238DE463318EC3EE8EF06BC382169C | 05/28/2022<br>16:00:08 | Blacked Raw | 05/09/2022 | 05/20/2022 | PA0002350381 |
| 23 | Info Hash: 06AB3CB5E3A905199D1E5FA746C9B68A8D1F0D7E<br>File Hash:<br>060C74CD04BD59F6322ADBED5257F81FBC05F125C9D4EC5E451FAAA8AD22840B | 09/26/2021<br>19:25:35 | Blacked Raw | 12/20/2018 | 01/22/2019 | PA0002147906 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 364B14213B25C568DC2738ABC8D0D7D24A732C66<br>File Hash:<br>2A65861EFFD4883A6E7D2BB0FB6C522E8CD13C4DCA44AC678CA117575398970A | 09/26/2021 19:16:19 | Vixen | 06/11/2021 | 06/24/2021 | PA0002303166 |
| 25 | Info Hash: 11D54A7CCCA1FC5ABAFE9A7172F39ABF4882F687<br>File Hash:<br>20320E71F1E88717DC5A527E6DE791D768240E8F7DA18AB5DEC377DFBBABDC1B | 09/21/2021 06:01:30 | Vixen | 09/01/2018 | 11/01/2018 | PA0002143431 |